UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS KOHLER,<br><br>      Plaintiff,<br><br> v.<br><br>CAROLYN W. COLVIN,<br><br>      Defendant. | NO: 15-CV-3042-FVS<br><br>ORDER FOR REMAND |

  BEFORE THE COURT is the parties' Stipulation for Remand. ECF No. 17. After consideration,

  **IT IS ORDERED** that the stipulated motion is **GRANTED**. The Commissioner's final decision is reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand to the Commissioner of Social Security, the Appeals Council will remand this case to the Administrative Law Judge (ALJ) to: (1) address the substance use pursuant to Social Security Ruling 13-2p; (2) further evaluate the opinion evidence including the opinions of Dr. Jay M. Toews, Dr. Phyllis N. Sanchez and Dr. John McRae; (3)

ORDER FOR REMAND ~ 1

further evaluate whether the claimant meets or equals Listings 12.05B or 12.05C; (4) if necessary, further assess the RFC; and (5) if necessary, obtain evidence from a vocational expert to clarify the effect of the assessed limitations on the occupational base.

The ALJ will hold a new hearing and issue a new decision. Plaintiff may present new arguments and evidence. The ALJ may further develop the record and conduct additional proceedings as necessary.

The parties stipulate that this case be reversed and remanded to the ALJ on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g). Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 8th day of January, 2016.

>  *s/Fred Van Sickle*
> Fred Van Sickle
> Senior United States District Judge

ORDER FOR REMAND ~ 2