# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS KOHLER,<br><br>        Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>        Defendant. | No. 1:15-CV-3042-FVS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION FOR EAJA ATTORNEY'S FEES<br><br>ECF No. 20, 25 |

**BEFORE THE COURT** is the Report and Recommendation issued by Magistrate Judge Mary K. Dimke on June 23, 2016, ECF No. 25, recommending Plaintiff's motion for attorney fees pursuant to the EAJA, ECF No. 20, be granted**.** Defendant does not object to the amount requested.  ECF No. 23.

After review, the Court adopts the Report and Recommendation in its entirety.

Accordingly, **IT IS ORDERED:**

1.    The Report and Recommendation, **ECF No. 25,** to grant Plaintiff's motion for fees pursuant to the EAJA, **ECF No. 20,** is **ADOPTED in its entirety**.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

2.   The District Court Executive is directed to enter this Order, forward copies to the parties, and close the file.

DATED July 25, 2016.

<u>*s/ Fred Van Sickle*</u><br>
Fred Van Sickle<br>
Senior United States District Judge